FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BALDOMERO C.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | NO: 1:26-CV-3067-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 13). The parties agree that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (ECF No. 13) is **GRANTED**.
2. Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be **REVERSED and REMANDED.** On remand, the

Appeals Council will instruct the Administrative Law Judge to offer the claimant an opportunity for a hearing; consider the evidence submitted by the claimant with the request for review and update the record of the claimant's treatment; reevaluate the claimant's alleged symptoms; reevaluate the claimant's residual functional capacity; take any further action needed to complete the administrative record; and issue a new decision.

3. Upon proper presentation, the Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **VACATED** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** August 17, 2026.

THOMAS O. RICE
United States District Judge