AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BALDOMERO C.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 1:26-CV-3067-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______________ recover from the defendant *(name)* ______________ the amount of ______________ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______________ recover costs from the plaintiff *(name)* ______________ .

✔ other: Pursuant to the Order at ECF No. 14, The parties' Stipulated Motion for Remand at ECF No. 13, is GRANTED. This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❐ tried by a jury with Judge ______________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______________ without a jury and the above decision was reached.

✔ decided by Judge Tomas O. Rice

Date: Aug 17, 2026, 11:23 am

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*